IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARNITA PROCTOR<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST PREMIER CORPORATION, KOHLS CORP., CREDIT ONE FINANCIAL, MERRICK BANK CORPORATION, TD BANK US HOLDING COMPANY, CITIGROUP, INC., ENCORE CAPITAL GROUP, INC., FIRST SAVINGS BANK<br><br>　　　　Defendants. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Defendant Citibank, N.A., erroneously identified herein as "Citigroup, Inc." ("Citibank"), by its undersigned counsel, Ballard Spahr LLP, hereby provides notice pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of the above-captioned case from the Superior Court of the District of Columia, to the United States District Court for the District of Columbia. As grounds for removal, Citibank state as follows:

### Background

1. On or about July 9, 2020, plaintiff Charnita Proctor ("Plaintiff") filed a complaint (the "Complaint") in the Superior Court of the District of Columbia, and thereby commenced an action captioned: *Charnita Proctor v. First Premier Corporation, et al.*, No. 2020 CA 003037. A true and correct copy of the Complaint is attached as Exhibit A.

2. Plaintiff's Complaint alleges a cause of action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

3. As of the date of this Notice of Removal, Plaintiff has not served Citibank with the Complaint. Plaintiff filed the Complaint on July 9, 2020, and the Court issued a summons as to Citibank on July 9, 2020. Although not yet served with process, Citibank received notice of the Complaint on or about July 9, 2020.

## Federal Question Jurisdiction

4. This Court has original jurisdiction under 28 U.S.C. § 1331, as Plaintiff alleges violations of a claim or right arising under the laws of the United States.

5. Specifically, Plaintiff's Complaint alleges violations of the FCRA and FDCPA.

6. Therefore, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441, upon notice by Citibank, because Plaintiff asserts a claim arising under the laws of the United States.

## Venue

7. Under 28 U.S.C. § 1441(a), the United States District Court for the District of Columbia is the proper venue for removal because this suit was filed in the Superior Court of the District of Columbia, which lies within the bounds of the United States District Court for the District of Columbia.

## Procedural Compliance

8. Removal of this action is timely. 28 U.S.C. § 1446(b) provides that, "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]"

9. This Notice of Removal is being filed with the United States District Court for the District of Columbia within 30 days after Citibank first received notice of the filing of the Complaint.

10. Citibank attaches to this Notice of Removal as Exhibit A, and incorporates by reference, a copy of Plaintiff's Complaint. The Complaint is the only "process, pleadings or orders" obtained by Citibank in this action. 28 U.S.C. § 1446(a).

11. Citibank serves contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff. Citibank will also file a Notice of Filing of Notice of Removal with the clerk for the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).

12. By filing a Notice of Removal in this matter, Citibank does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue. No admission of fact, law, or liability is intended by this Notice, and Citibank specifically reserves the right to assert any defenses and/or objections to which Citibank may be entitled.

13. Defendants First Premier Corporation, Credit One Financial, Kohls Corp., and Merrick Bank Corporation confirmed that they consent to the removal of this action, and as such, all defendants, who have been served to date, have consented to removal. 28 U.S.C. § 1446(b)(2)(A). There is no need for the consent of Defendants TD Bank US Holding Company, Encore Capital Group, Inc., and First Savings Bank because, upon information and belief, they have not yet been served with process. *See* 28 U.S.C. § 1446(b)(2)(A) (consent to removal required only of defendants who were "properly joined and served").

14. Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and this action is properly removed to this Court.

WHEREFORE, Citibank, N.A. hereby gives notice that the above-captioned action, currently pending in the Superior Court of the District of Columbia, is hereby removed to this Court.

Respectfully submitted,

BALLARD SPAHR LLP

Dated: August 7, 2020                   /s/ *Jessica Hepburn Sadler*
John D. Sadler, FBN 16421
Jessica Hepburn Sadler, FBN 17722
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington DC, 20006-1157
Tel: 202-661-7658
Fax: 202-661-2299
sadlerj@ballardspahr,com
sadlerjh@ballardspahr.com

*Attorneys for Defendant Citibank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, a true and correct copy of the foregoing Notice of Removal was delivered via first-class mail, postage prepaid, upon the following:

Jeffrey W. Styles, Esq.  
Washington Legal Group, LLC  
1666 K Street, NW, Ste #440  
Washington, DC 20006  

*Attorneys for Plaintiff*

Karin Oko, Esq.  
Holland & Knight LLP  
50 North Laura Street, Suite 3900  
Jacksonville, Florida 32202  

*Counsel for Defendant Merrick Bank Corp.*

Rachel B. Cash, Esq.  
Burr & Forman LLP  
420 North 20th Street, Suite 3400,  
Birmingham, Alabama 35203  

*Counsel for Defendant Kohl's, Inc.*

Christopher A. Hatfield, Esq,  
Ballard Spahr LLP  
1909 K Street, N.W., Suite 1200  
Washington, D.C. 20006  

*Counsel for Defendant First Premier Bank*

First Savings Bank  
John P. Lawson, Jr.  
501 E. Lewis & Clark Pkwy  
Jeffersonville, IN 47129  

Encore Capital Group, Inc.  
Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  

Credit One Financial  
National Registered Agents Inc.  
701 S. Caron Street, Suite 200  
Carson City, NV 89701  

TD Bank US Holding Company  
Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  

/s/ *Jessica Hepburn Sadler*  
Jessica Hepburn Sadler