EXHIBIT A

Filed
D.C. Superior Court
07/09/2020 02:02AM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTIRCT OF COLUMBIA

| | | |
|---|---|---|
| **CHARNITA PROCTOR** <br> c/o Washington Legal Group, LLC <br> 1666 K Street NW #440 <br> Washington, DC 20006 <br><br>       Plaintiff, <br><br> v. <br><br> **FIRST PREMIER CORPORATION** <br> Serve: T. Denny Sanford <br>       601 S. Minnesota Ave <br>       Sioux Falls, SD 57104 <br><br>       Defendant, <br><br> **KOHLS CORP.** <br> Serve: Corporate Creations Network Inc. <br>       4650 W. Spencer Street <br>       Appleton, WI 54914 <br><br>       Defendant, <br><br> **CREDIT ONE FINANCIAL** <br> Serve: Nat'l Registered Agents Inc. <br>       701 S. Carson Street, Suite 200 <br>       Carson City, NV 89701 <br><br>       Defendant, <br><br> **MERRICK BANK CORPORATION** <br> Serve: CT Corporation System <br>       1108 E. South Union Ave <br>       Midvale, UT 84047 <br><br>       Defendant, <br><br> **TD BANK US HOLDING COMPANY** <br> Serve: Corporation Service Company <br>       251 Little Falls Drive <br>       Wilmington, DE 19808 <br><br>       Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> Case No. _____ |

| | |
|---|---|
| **CITIGROUP INC.**<br>Serve: CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>   Defendant,<br><br>**ENCORE CAPITAL GROUP, INC.**<br>Serve: Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>   Defendant,<br><br>**FIRST SAVINGS BANK**<br>Serve: John P. Lawson, Jr.<br>501 E. Lewis & Clark Pkwy<br>Jeffersonville, IN 47129<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY DEMAND

The Plaintiff, Charnita Proctor, by and thru undersigned counsel, brings this complaint against the defendants and alleges as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual, statutory and punitive damages, costs and attorney's fees pursuant to 15 U.S.C. § 1681 et seq. (Fair Credit Reporting Act or "FCRA") and 15 U.S.C. § 1692 et seq (Fair Debt Collection Practices Act or "FDCPA").

### PARTIES TO ACTION

2. Plaintiff is a natural person that resided in the District of Columbia during the relevant time periods of this lawsuit.

3. First Premier Bank provides banking services, including credit cards to consumers with subprime credit.

2

4. Kohl's operates a chain of department stores that sell clothing apparel, housewares and home products. Kohl's also offers online shopping as well as store credit cards.

5. Credit One Financial owns Credit One Bank, N.A., which is a national chartered bank that provides credit cards to individuals with subprime credit.

6. TD Bank US Holding Company operates as a holding company. The Bank, through its subsidiaries, including TD Bank NA and TD Bank USA NA, provides consumer loans, commercial loans, mortgage loans, deposit products, trust services, internet banking, credit cards, insurance, and investment management services.

7. Merrick Bank, a subsidiary of Cardworks, Inc., issues VISA cards and specializes in providing credit to consumers looking to build or rebuild their credit.

8. CitiGroup Inc. operates as a bank that provides an assortment of financial products and services to consumers. Citi has a business arrangement with Sunoco that allowes Sunoco to issue private label credit cards to consumers.

9. Encore Capital Group, Inc. is involved in consumer debt buying and recovery. Midland Credit Management, Inc. is a wholly-owned subsidiary of Encore.

10. First Savings Bank is a bank and it issues MasterCard credit card to consumers.

**FACTUAL ALLEGATIONS**

11. Appearing on Ms. Proctor's credit report with Equifax are 8 inaccurate or incomplete derogatory accounts being reported by the Defendants.

12. First Premier Bank reported that Ms. Proctor paid less than the full balance owed. First Premier Bank's reporting was inaccurate and/or incomplete because she paid the amount owed or *more* than the amount that was owed. Ms. Proctor disputed First Premier Bank's reporting with the credit reporting agencies. However, First Premier Bank did not conduct a reasonable investigation of her dispute and continued reporting the debt inaccurately.

3

13. Kohl's reported that Ms. Proctor owed $398 and that her account had been charged off. The reported balance was inaccurate and/or incomplete. And the reporting was inaccurate and/or incomplete because it misleadingly gave the impression that Ms. Proctor exceeded the credit limit. Ms. Proctor disputed the Kohl's account with the CRAs, but Kohl did not conduct a reasonable investigation of her dispute. Even a cursory investigation would have revealed that the reported payment history conflicted with the reported balance and indicated that the balance could not be $398. Further, the status of the account conflicted with the balance. Further, Kohl's failed to report the proper dispute status of the debt.

14. CitiGroup reported Ms. Proctor as having a debt that was charged off and having a current balance of $575. The reporting was inaccurate and/or incomplete because Ms. Proctor was not legally obligated to pay the debt. Further, payment status conflicted with the reported balance. Ms. Proctor disputed the CitiGroup account with the CRAs, but CitiGroup failed to reasonably investigate her claims.

15. Merrick Bank reported Ms. Proctor as owing an outstanding balance of $1,058 on a charged off account. Merrick's reporting was inaccurate and/or incomplete because the reported balance was not verifiable. Ms. Proctor directly inquired and/or disputed the balance with Merrick and Merrick did not understand its own records or its records were incomplete or insufficient as Merrick was unable to state how it determined the reported amount. Further, payment status and payment history conflicted with the balance. Ms. Proctor disputed the account with the CRAs, however, Merrick refused to reasonably look into the merits of her claims and falsely reported he information as accurate without actually confirming the accuracy of the information. Additionally, Merrick failed to report the proper dispute status of the debt.

16. First Savings Bank reported Ms. Proctor had a debt of $561 and that the debt had been charged off. First Savings Bank reported no balance to Experian but reported the $561 balance to Trans Union and Equifax. Further, First Savings Bank could not demonstrate how it

4

calculated the amount owed, much less could it verify the accuracy of the claimed amount, in response to a direct inquiry and/or dispute from Ms. Proctor. In fact, First Savings Bank could not even verify that the debt belonged to Ms. Proctor. Ms. Proctor disputed the account with the CRAs. In response to her dispute, Merrick failed to conduct a reasonable investigation and/or failed to accurately report the results of its investigation. On at least one occasion, Merrick failed to report the proper dispute status to the CRA.

17.     TD Bank reported a charged off debt that had an outstanding balance of $464. The reported balance was inaccurate because it was substantially inflated, or the balance included unauthorized amounts. Ms. Proctor made a direct request with Defendant regarding the balance, but it was only able to state that the underlying balance was $172.28 and referred me to a debt collector for further information. However, the debt collector, Financial Recovery Services, was also unable to provide the requested information. Ms. Proctor disputed the account with the CRAs, and TD Bank verified the debt as accurate despite knowing that it did not have the information in its possession to verify the debt amount was accurate. Furthermore, TD Bank did not report the dispute status of the debt.

18.     Credit One Bank reported a debt as a charged off that was paid, but also as sold to another lender. Credit One Bank's reporting was inaccurate and/or incomplete because the Pay Status was inaccurate, the Remarks was inaccurate, and the Account Sale Info was inaccurate. The Pay Status should have stated the debt was Paid. The Remarks should have notated the reporting was still being disputed. And the Account Sale Info was patently inaccurate for the account was paid and there was no debt to be sold to another lender. Ms. Proctor disputed this account with the CRAs. Credit One Bank failed to conduct a reasonable investigation of her dispute and verified the inaccurate information without verifying the information as accurate.

5

19. Midland reported four collections that derived from debts with Comenity Bank. The reportings were inaccurate and/or incomplete because Ms. Proctor did not have outstanding balances with Comenity Bank. Ms. Proctor disputed the Midland collections with the CRAs. If Midland had investigated the claims in her dispute, it could have easily determined that no debt existed with Comenity Bank and therefore, Midland did not acquire a debt from Comenity Bank. However, Midland did not investigate the Plaintiff's dispute. Instead, Midland verified its reporting as accurate without looking into the claims raised in the dispute.

### COUNT ONE: VIOLATION(S) OF FCRA

20. Plaintiff incorporates paragraphs 1 through 18.

21. Within two years of the filing of this lawsuit, the Plaintiff sent the CRAs written disputes of the accounts reported by the Defendants.

22. After receiving the Plaintiff's disputes, the CRAs forwarded her dispute to the Defendants to investigate.

23. Under the FCRA, 15 U.S.C. §1681s-2(b), the Defendants were required to conduct a reasonable investigation that consisted of a careful inquiry into Plaintiff's dispute.

24. Defendants did not even make a superficial inquiry into Plaintiff's disputes, much less did they conduct a careful and reasonable investigation of Plaintiff's disputes.

25. Defendants' policy is to verify the reported information is consistent with the information in its files regardless of whether its disputed files are accurate or not.

26. Defendants do not have any procedures or they lack adequate procedures to verify their credit reporting files are accurate because the Defendants focuse on limiting the expense of an investigation rather than employing and maintaining reasonable procedures.

27. Defendants would have learned that their files contained inaccurate information if they had performed a careful inquiry of Plaintiff's dispute.

28. Despite the Fourth Circuit's opinion in *Johnson v. MBNA*, the Defendants have not adopted procedures, or they routinely fail to implement procedures, that require their dispute processors to conduct careful, thorough inquiries of disputed information during the investigation of a consumer's dispute.

29. Defendants violated the FCRA, 15 U.S.C. §§ 1681s-2(b)(1)(A)-(E) by failing to fully and properly respond to the Plaintiff's disputes.

30. Defendants violated the FCRA, 15 U.S.C. §§ 1681s-2(b)(1)(D)&(E) by failing to delete or modify the disputed information after they investigated Plaintiff's disputes.

31. Defendants violated the FCRA, 15 U.S.C. §§ 1681s-2(b)(1)(A)-(D) by failing to notate that Plaintiff continued to dispute the reported information.

32. Defendants violated the FCRA, 15 U.S.C. §§ 1681s-2(b)(1)(A)-(D) by failing to report any mitigating factors concerning the negative reporting,

33. Defendants' foregoing violations caused the Plaintiff to experience severe emotional distress (i.e. frustration, humiliation, anger, etc.), which occasionally manifested as physical sickness – headaches, stomach pains, sleeplessness and depression.

34. Defendants' failure to modify or delete the inaccurate information caused the Plaintiff to lose credit opportunities, damage to reputation, and interference with plaintiff's normal and usual activities

35. Defendants conduct was not only negligent, but their policies were willful in that the policies were designed to skirt the law because complying with the law would hurt or diminish their profits. Defendants' intentional decision to circumvent the law, was reckless and placed in Defendants in a very high-risk position of violating the FCRA.

36. Plaintiff is seeking actual damages in the amount of $100,000 pursuant to 15 U.S.C. § 1681o. Plaintiff is also seeking punitive damages in the amount of $500,000 pursuant

to 15 U.S.C. § 1681n. Additionally, Plaintiff is entitled to statutory damages of $1,000 and her costs for bringing this action.

## COUNT ONE: VIOLATION(S) OF FDCPA

37. Plaintiff incorporates paragraphs 1 through 18.

38. Defendant Midland violated 15 U.S.C. § 1692e(8) by reporting credit information to the CRAs that Midland knew was false. and/or failing to communicate that the disputed debt was disputed.

39. Defendant Midland violated 15 U.S.C. § 1692e(8) by reporting derogatory credit information to the CRAs without communicating that information was under dispute.

40. Defendant's violations caused the Plaintiff to endure damages including credit damage, injury to financial reputation, out-of-pocket costs, mental and emotional distress.

41. Defendant's conduct was the proximate cause of Plaintiff's injuries, rendering Defendants' liable for actual damages in an amount to be determined by the jury pursuant to 15 U.S.C. § 1692k(a)(1), statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3).

**WHEREFORE**, your Plaintiff demands judgment for actual, statutory and punitive damages against Defendants; for her attorney's fees and costs; for prejudgment and post-judgment interest; and any other relief deemed appropriate by this Court.

Respectfully submitted,

CHARNITA PROCTOR

   /s/ Jeffrey W. Styles
Jeffrey W. Styles, Esquire
Washington Legal Group, LLC
1666 K Street, NW, Ste #440
Washington, DC 20006
Tel: (202) 503-1708
E-mail: jstyles@washlegal.com

*Counsel for Plaintiff*

8

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Charnita Proctor
vs
First Premier Bank et al.

Case Number: _____

Date: June 3, 2020

☐ One of the defendants is being sued in their official capacity.

Name: (Please Print) Jeffery W. Styles
Firm Name: Washington Legal Group
Telephone No.:   Six digit Unified Bar No.:
202-503-1708

Relationship to Lawsuit
☑ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE:  ☐ Non-Jury    ☑ 6 Person Jury    ☐ 12 Person Jury
Demand: $_____    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge:_____   Calendar #:_____

Case No.:_____   Judge:_____   Calendar#:_____

---

NATURE OF SUIT:      (Check One Box Only)

### A. CONTRACTS                        COLLECTION CASES

☐ 01 Breach of Contract           ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty           ☐ 17 OVER $25,000 Pltf. Grants Consent     ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument        ☐ 27 Insurance/Subrogation                 ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                 Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination    ☐ 07 Insurance/Subrogation                 ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees            Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                  ☐ 28 Motion to Confirm Arbitration
                                       Award (Collection Cases Only)

### B. PROPERTY TORTS

☐ 01 Automobile                   ☐ 03 Destruction of Private Property       ☐ 05 Trespass
☐ 02 Conversion                   ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

### C. PERSONAL TORTS

☐ 01 Abuse of Process             ☐ 10 Invasion of Privacy                   ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection      ☑ 11 Libel and Slander                          Not Malpractice)
☐ 03 Assault and Battery          ☐ 12 Malicious Interference                ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☐ 13 Malicious Prosecution                 ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 14 Malpractice Legal                     ☐ 20 Friendly Suit
☐ 06 False Accusation             ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest                 ☐ 16 Negligence- (Not Automobile,          ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                             Not Malpractice)                     ☐ 23 Tobacco
                                                                             ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____  _____
Attorney's Signature                                    Date: 6/1/2020

CV-496/ June 2015

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**Charnita Proctor**
_____
Plaintiff
vs.

**CitiGroup Inc**                                                                                Case Number _____
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeffery W. Styles, Esq.**                                                            *Clerk of the Court*
_____
Name of Plaintiff's Attorney

**Washington Legal Group, LLC**                                                   By _____
_____                                                                Deputy Clerk
Address
**1666 K St NW #440 Washington DC 20006**
_____

**(202) 503-1708**                                                                           Date _____
_____
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante
          contra
                                                                  Número de Caso: _____
_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) dias de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                                                  Por: _____
_____                                    Subsecretario
Dirección

                                                                  Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
[Korean] (202) 879-4828     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

*Vea al dorso el original en inglés*
*See reverse side for English original*

CV-3110 [Rev. June 2017]                                                                  Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**Charnita Proctor**
_____
Plaintiff
vs.

**Credit One Financial**    Case Number _____
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeffery W. Styles, Esq.**
_____
Name of Plaintiff's Attorney

**Washington Legal Group, LLC**     By _____
_____           Deputy Clerk
Address
1666 K St NW #440 Washington DC 20006

**(202) 503-1708**                  Date _____
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**Charnita Proctor**
_____
Plaintiff
vs.

**Encore Capital Group, Inc.**
_____
Defendant

Case Number _____

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeffery W. Styles, Esq.**
Name of Plaintiff's Attorney

**Washington Legal Group, LLC**
Address
1666 K St NW #440 Washington DC 20006

(202) 503-1708
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**Charnita Proctor**
_____
Plaintiff

vs.

**TD Bank US Holding Company**                          Case Number _____
_____
Defendant

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeffery W. Styles, Esq.**
_____
Name of Plaintiff's Attorney

**Washington Legal Group, LLC**
_____
Address
**1666 K St NW #440 Washington DC 20006**

**(202) 503-1708**
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화해주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**Charnita Proctor**
_____
Plaintiff

vs.

Case Number _____

**Merrick Bank Corporation**
_____
Defendant

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeffery W. Styles, Esq.**
Name of Plaintiff's Attorney

**Washington Legal Group, LLC**
Address
**1666 K St NW #440 Washington DC 20006**

**(202) 503-1708**
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charnita Proctor
_____
Plaintiff
vs.

KOHLS CORP.
_____
Defendant

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jeffery W. Styles, Esq.
_____
Name of Plaintiff's Attorney

Washington Legal Group, LLC
_____
Address
1666 K St NW #440 Washington DC 20006

(202) 503-1708
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charnita Proctor
_____
                                Plaintiff
                            vs.

Case Number _____

First Savings Bank
_____
                                Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jeffery W. Styles, Esq.
_____
Name of Plaintiff's Attorney

Washington Legal Group, LLC
_____
Address
1666 K St NW #440 Washington DC 20006
_____

(202) 503-1708
_____
Telephone

*Clerk of the Court*

By _____
                                Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charnita Proctor
_____
Plaintiff
vs.

First Premier Corporation
_____
Defendant

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jeffery W. Styles**
Name of Plaintiff's Attorney

**Washington Legal Group, LLC**
Address
**1666 K St NW #440 Washington DC 20006**

**(202) 503-1708**
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español