**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHARNITA PROCTOR,** | ) |
| | ) |
| **Plaintiff,** | )   Civil Action No. 1:20-cv-02162-BAH |
| **v.** | ) |
| | ) |
| **FIRST PREMIER BANK et al.** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF SETTLEMENT**

Notice is hereby given that Plaintiff Charnita Proctor and Defendant Kohls Inc., in the above-captioned case, have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Respectfully submitted,

**CHARNITA PROCTOR**

/s/
Jeffery W. Styles, Esq. (Bar # 475264)
Washington Legal Group, LLC
1666 K Street, NW, Suite 440
Washington, DC 20006
Tel: (202) 503-1708
jstyles@washlegal.com

*Attorney for Plaintiff*