**UNITED STATES DISTRICT COURT**
*for* **THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARNITA PROCTOR, | ) |
| | ) |
| Plaintiff, | )   Case No. 1:20-cv-02162-BAH |
| v. | ) |
| | ) |
| FIRST PREMIER BANK et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, Charnita Proctors, and defendants Credit One Bank, N.A. and Merrick Bank Corporation, hereby inform the Court that they have reached an agreement in principle to resolve this matter. Plaintiff and Defendants anticipate filing a Fed. R. Civ. P. 41(a) stipulation of dismissal with prejudice within the next sixty (60) days. Therefore, the parties respectfully request that all dates and deadlines and further activity as to defendants Credit One Bank, N.A. and Merrick Bank Corporation only be stricken pending the filing of the stipulation of dismissal.

Respectfully submitted,

CHARNITA PROCTOR

_____/s/_____
Jeffery W. Styles, Esq. (Bar # 475264)
Washington Legal Group, LLC
1666 K Street, NW, Suite 440
Washington, DC 20006
Tel: (202) 503-1708
jstyles@washlegal.com

*Attorney for Plaintiff*