IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARNITA PROCTOR,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST PREMIER CORPORATION, KOHLS CORP., CREDIT ONE FINANCIAL, MERRICK BANK CORPORATION, TD BANK US HOLDING COMPANY, CITIGROUP, INC., ENCORE CAPITAL GROUP, INC., FIRST SAVINGS BANK,<br><br>    Defendants. | Civil Action No. 1:20-cv-02162 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Charnita Proctor ("Plaintiff"), by and through her attorney, and Defendant Credit One Financial ("Credit One"), by and through their counsel, hereby stipulate that all claims of Plaintiff in this action against Credit One, including all claims asserted in Plaintiff's Complaint against Credit One, are dismissed with prejudice solely as to Credit One, with the Parties to bear their own fees and costs.

DATED this 20th day of October, 2021.

| | |
|---|---|
| */s/ Jeffrey W. Styles*<br>Jeffrey W. Styles<br>Washington Legal Group, LLC<br>1666 K Street, NW, Suite #440<br>Washington, D.C. 20006<br><br>*Counsel for Plaintiff* | */s/ Blaec C. Croft*<br>Blaec C. Croft<br>McGuireWoods LLP<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, PA 15222-3142<br>412.667.6057<br>bcroft@mcguirewoods.com<br><br>*Counsel for Defendant*<br>*Credit One Financial* |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 20, 2021, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Blaec C. Croft*
Blaec C. Croft
